Serial: **259780**

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 89-R-99001-SCT

***IN RE: THE RULES OF CIVIL
PROCEDURE***

**FILED**

NOV 1 2 2025

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

### EN BANC ORDER

Before the en banc Court, on its own motion, are proposed amendments to the Mississippi Rules of Civil Procedure's Introductory Statement for Appendix A Forms. After due consideration, we find that the amendments should be adopted.

IT IS, THEREFORE, ORDERED that the Mississippi Rules of Civil Procedure's Introductory Statement for Appendix A Forms is amended as set forth in the attached Exhibit A. The amendments are effective upon this order's entry.

IT IS FURTHER ORDERED that the Clerk of this Court must spread this order upon the minutes of the Court and send a certified copy to West Publishing Company for publication in the advance sheets of *Southern Reporter, Third Series (Mississippi Edition)*, and in the next edition of the *Mississippi Rules of Court*.

SO ORDERED, this the 12 day of November, 2025.

_____
JOSIAH DENNIS COLEMAN,
PRESIDING JUSTICE
FOR THE COURT

AGREE: KING AND COLEMAN, P.JJ., MAXWELL, CHAMBERLIN, ISHEE, GRIFFIS, SULLIVAN AND BRANNING, JJ.

DISAGREE: RANDOLPH, C.J.

## APPENDIX A. FORMS
**[*See* Rule 84]**

## INTRODUCTORY STATEMENT

1. The ~~following~~ forms <u>contained in the Appendix of Forms</u> are ~~intended for illustration only~~ <u>sufficient under the rules</u>. They are limited in number. No attempt is made to furnish a manual of forms.

. . .